UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
JUL 24 2008
[signature] CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

|  |  |  |
|---|---|---|
| JADA RAY COOVER, | * | CIV. 07-4066 |
| Plaintiff, | * |  |
| vs. | * | JUDGMENT |
| BOB DOOLEY, Warden;<br>CBM FOOD SERVICES; | * |  |
| Defendants. | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, without prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1), each party to pay their own costs.

Dated this 24th day of July, 2008.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By: Shelly Margulies, Deputy

(SEAL)